MAM



**FORM TO BE USED BY A PRISONER FILING A 42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

04-384

## I. CAPTION

Troy Tacwell Alvin
*(Enter the full name of the plaintiff or plaintiffs)*

v.

1) Edward G. Smith; 2) William M. Blak; 3) Michael Calabrese; 4) Jeffrey Karp
*(Enter the full name of the defendant or defendants)*

FILED

MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

## II. PARTIES

**a. Plaintiff**

**Full name:** Troy Tacwell Alvin

**Prison identification number:** 02-2776 - 1C3 GC 2002

**Place of present confinement:** Northampton County Prison

**Address:** 666 Walnut St Easton PA 18042

**Place of confinement at time of incidents or conditions alleged in complaint, including address:**

A-plus mini Mart Freemansburg Avenue Palmer Township

**Additional plaintiffs:** Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

**b. Defendants:** (list only those defendants named in the caption of the complaint, section I)

1. **Full name including title:** Edward G. Smith

   **Place of employment and section or unit:** Northampton County Gov't Center / Judge

2. **Full name including title:** William M. Blak

   **Place of employment and section or unit:** Northampton County Gov't Center / District Attorney

3. **Full name including title:** Michael Calabrese LT

   **Place of employment and section or unit:** Palmer Township Police / Routine Patrol

4. **Full name including title:** Jeffrey Karp LT

   **Place of employment and section or unit:** Palmer Township Police / Routine Patrol

**Additional defendants:** Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

## III. PREVIOUS LAWSUITS

*Instructions:*

*If you have filed **other lawsuits** in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*

*If you have filed **other lawsuits**, provide the following information.*

***Parties** to your previous lawsuit:*

*Plaintiffs* ______________________________

*Defendants* ______________________________

***Issues:*** ______________________________

______________________________

***Court:** if federal, which district?* ______________________________

*if state, which county?* ______________________________

***Docket number:*** ______________ ***Date filed:*** ______________

***Name of presiding judge:*** ______________________________

***Disposition:** (check correct answer(s)); **Date:*** ______________________________

*Dismissed* ___ *Reason?* ______________________________

*Judgment* ___ *In whose favor?* ______________________________

*Pending* ___ *Current status?* ______________________________

*Other* ___ *Explain* ______________________________

*Appeal filed?* ___ *Current status?* ______________________________

***Additional lawsuits.** Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.*

## IV. ADMINISTRATIVE REMEDIES

*Instructions:*

*Provide the information requested below if there is an **administrative procedure** to resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.*

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

Type of procedure. (grievance, disciplinary review, etc.)

Authority for procedure. (DC-ADM, inmate handbook, etc.)

Formal or informal procedure.

Who conducts the initial review?

What additional review and appeals are available?

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

On what date did you request initial review?

What action did you ask prison authorities to take?

What response did you receive to your request?

What further review did you seek and on what dates did you file the requests?

What responses did you receive to your requests for further review?

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why.

I, Troy T. Alan am not Filing this lawsuit against prison officials.

### V. STATEMENT OF CLAIM

***Instructions:***

*State here as **briefly** as possible the **facts** of your case. Use **plain language** and do not make legal arguments or cite cases or statutes. State how **each defendant** violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are **factually related**. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the **reverse** of this page or a separate sheet of paper if you need more space.*

***Statement of claim:***

On April 5, 02 based on [illegible] that transpired in the late evening hours of April 4, 02 Palmer Township Police were investigating a robbery that occurred in the neighboring Township of Bethlehem. The arresting Officer approached me based on the crime mentioned above with regards to me being "Black within Three quarters of a mile away from the border line of where the robbery occurred." William M Black later [illegible] the case and Judge Edward G. Smith was the overseeing Judge for my case. I was found guilty at trial. I then filed an appeal. According to Superior Court Judges that Judge Edward G. Smith erred during the process regarding my Suppression of Evidence Hearing Claiming that I was not arrested do to an illegal search and seizure and the → →

### VI. RELIEF

***Instruction:** **Briefly** state exactly what you want the Court to do for you.*

***Relief sought:***

1) False and or Wrongful Confinement in Violation of my 4th and 14th Amendments Compensatory Damages for 1 yr 6 months and [illegible] days = $955,700. 2) Pain and suffering and Mental Anguish In violation of my First and Fourteenth Amendment rights General Damages $[illegible] 3) → →

### VII. DECLARATION AND SIGNATURE

*I (we) declare under penalty of perjury that the foregoing is true and correct.*

1/16/04    DATE

Troy T. Alvin / Troy T. Alvin    SIGNATURE OF PLAINTIFF(S)

COMMONWEALTH OF PENNSYLVANIA)
) SS:
COUNTY OF NORTHAMPTON )

Before me, the undersigned notary public, this day, personally appeared TROY T. ALVIN, known to me (or satisfactorily proven), who being duly sworn according to law, affirm that the statements contained in this affidavit are true and accurate to the best of his/her knowledge, information and belief.

Sworn and subscribed to before me,
this 21st day of January, 2004.

Alice F. Flavelle
Notary Public

NOTARIAL SEAL
ALICE F. FLAVELLE, Notary Public
City of Easton, Northampton County
My Commission Expires April 18, 2005